# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156834 & (136)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC: 156834
COA: 329100
Wayne CC: 12-00687-FH

NOSAKHARE ONUMONU,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



s0128

          Clerk